**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronnie Devone JOHNSON,
Defendant–Appellant.**

No. 01–6003.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Ronnie Devone Johnson, pro se. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, NC, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Ronnie Devone Johnson appeals the district court's order denying his "Motion to Reach Final Disposition on Magistrate Judge Order filed October 30, 2000." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Johnson's motion to adopt appendix and affirm on the reasoning of the district court. *United States v. Johnson,* No. CR–96–157–HO (E.D.N.C. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*